# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN EZELL,<br><br>    Defendant. | 8:13CR374<br><br>**ORDER** |

  Defendant John Ezell appeared before the court on August 22, 2018 on a Petition for Offender Under Supervision [48]. The defendant was represented by Federal Public Defender David R. Stickman, and the United States was represented by Special Assistant U.S. Attorney Patrick C. McGee.

  The government did not request detention, therefore, the defendant was not entitled to a preliminary examination. I find that the Petition alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

  The defendant was released on current terms and conditions of supervision with an additional condition.

  **IT IS ORDERED:**

  1. A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on November 20, 2018, at 1:30 p.m. The defendant must be present in person.

  2. The defendant is released on current conditions of supervision.

  3. The defendant shall have no contact with the victim in his state case, C.R.

  Dated this 23rd day of August, 2018.

                    BY THE COURT:

                    s/ Susan M. Bazis
                    United States Magistrate Judge